**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
(559) 227-1515 Telephone
(559) 221-6557 Facsimile

Attorney for Defendant, DWIGHT W. KROLL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:07-mj-00006 DLB |
| Plaintiff, | ) | STIPULATION TO EXTEND TIME FOR COMPLETION RE FIRST OFFENDER DUI PROGRAM |
| v. | ) | |
| DWIGHT W. KROLL, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the time for completion of the First Offender DUI program be extended for an additional thirty days, from June 1, 2007 to July 2, 2007.

Dated: May 22, 2007        /s/ Dale A. Blickenstaff
                           DALE A. BLICKENSTAFF
                           Attorney for Defendant, DWIGHT W. KROLL

Dated: May 22, 2007         /s/ Mark J. McKeon
                           MARK J. MCKEON
                           Assistant U.S. Attorney

**STIPULATION TO EXTEND TIME FOR COMPLETION RE FIRST OFFENDER DUI PROGRAM,
Case No.: 1:07-mj-0006 DLB**

1

## **ORDER**

2

3   IT IS SO ORDERED that defendant's time for completion of the First Offender DUI Program

4   be extended for an additional thirty days, from June 1, 2007 to July 2, 2007.  Defendant is ordered to

5   provide proof of completion to the Clerk of the Court on or before July 2, 2007.  (Defendant was

6   sentenced by Judge Snyder on February 1, 2007.)

7

8

9                                                                                    IT IS SO ORDERED.

    **Dated:    May 30, 2007**                         **/s/ Sandra M. Snyder**
10                                                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   **STIPULATION TO EXTEND TIME FOR COMPLETION RE FIRST OFFENDER DUI PROGRAM,**
     **Case No.: 1:07-mj-0006 DLB**