1 **DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2 2350 West Shaw Avenue, Suite 132
Fresno, California 93711
3 (559) 432-0986 Telephone
(559) 432-4871 Facsimile
4

5 Attorney for Defendant, DWIGHT W. KROLL

6

7 UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
8

9 UNITED STATES OF AMERICA,        )   Case No.  1:07-mj-00006 DLB
                                   )
10                 Plaintiff,      )   **STIPULATION AND ORDER**
                                   )   **CONTINUING  REVIEW**
11         v.                      )   **HEARING**
                                   )
12 DWIGHT W. KROLL,                )
                                   )
13                 Defendant.      )
   _____   )
14

15    IT IS HEREBY STIPULATED by and between the parties hereto through their respective

16 counsel, that the review hearing currently scheduled for September 6, 2007, at 10:00 a.m., be

17 continued to September 13, 2007, at 10:00 a.m.

18

19 Dated: September 6, 2007            /s/ Dale A. Blickenstaff
                                       DALE A. BLICKENSTAFF
20                                     Attorney for Defendant, DWIGHT W. KROLL

21

22 Dated: September 6, 2007            /s/ Mark J. McKeon
                                       MARK J. MCKEON
23                                     Assistant U.S. Attorney

---

**STIPULATION AND ORDER CONTINUING HEARING ON MOTIONS IN LIMINE**
**Case No. 1:06CR00299 AWI**                                                Page 1

## ORDER

IT IS SO ORDERED that the review hearing currently scheduled for September 6, 2007, at 10:00 a.m., be continued to September 13, 2007, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **September 10, 2007**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE